**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cr-00350-KJD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| MIRKO ZEPPELLINI, ) | (Docket No. 19) |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant's counsel's motion to withdraw as counsel. Docket No. 19.

The Court hereby sets the motion for hearing on February 17, 2017, at 10:00 a.m. in courtroom 3A. Defendant and his counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: February 14, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge