**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-cr-00350-KJD-NJK |
| vs. ) | ORDER |
| MIRKO ZEPPELLINI, ) | (Docket No. 25) |
| Defendant. ) | |

Pending before the Court is Defendant motion to dismiss counsel and appoint new counsel. Docket No. 25.

The Court hereby sets the motion for hearing on March 15, 2017, at 10:00 a.m. in courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: March 3, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge