# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MIRKO ZEPPELLINI,<br><br>    Defendant. | Case No. 2:16-cr-00350-KJD-NJK<br><br>ORDER<br><br>(Docket No. 27) |

On March 3, 2017, the Court set a hearing for March 15, 2017, on Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 26. The parties have filed a stipulation to advance that hearing. Docket No. 27.

For good cause shown, it is hereby ordered that the parties' stipulation, Docket No. 27, is GRANTED. The hearing on Defendant's motion to dismiss counsel and appoint new counsel is therefore ADVANCED to March 8, 2017, at 9:00 a.m. in courtroom 3B. Defendant and his counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: March 3, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge