# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MIRKO ZEPPELLINI,<br><br>          Defendant. | Case No. 2:16-cr-00350-KJD-NJK<br><br>ORDER<br><br>(Docket No. 33) |

On March 30, 2017, while represented by counsel, Defendant Mirko Zeppellini filed a *pro se* motion to dismiss the indictment and appeal pre-trial detention. Docket No. 33. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 33, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: April 3, 2017.

                                                                                         _____<br>
NANCY J. KOPPE<br>
United States Magistrate Judge