**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:16-cr-00350-KJD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MIRKO ZEPPELLINI, | ) | |
| | ) | (Docket No. 39) |
| Defendant. | ) | |
| | ) | |

On April 21, 2017, while represented by counsel, Defendant Mirko Zeppellini filed a *pro se* motion to dismiss the indictment and appeal pre-trial detention. Docket No. 39. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 39, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: April 27, 2017.

NANCY J. KOPPE
United States Magistrate Judge