1  STEVEN W. MYHRE
   Acting United States Attorney
2  Nevada State Bar Number 9635
   KILBY MACFADDEN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
5  Fax: (702) 388-6418
   Email:  kilby.macfadden@usdoj.gov
6  *Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16 CR 350 KJD-NJK |
| Plaintiff, | Stipulation Pursuant to 18 USC § 4241(d) for the Placement of the Defendant in a facility |
| vs. | |
| MIRKO ZEPPELLINI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and KILBY MACFADDEN, Assistant United States Attorney, counsel for the United States of America, and BRIAN PUGH, counsel for Defendant MIRKO ZEPELLINI that the Court should commit Defendant to the custody to the Attorney General under 18 U.S.C. § 4241(d)(1).

This stipulation is entered into for the following reasons:

1

1. On February 17, 2017, the Court ordered a mental competency evaluation for the Defendant pursuant to 18 U.S.C. §§ 4241 and 4242. ECF No. 23.

2. Cynthia A. Low, Ph.D, evaluated Defendant at the Federal Detention Center, SeaTac, Washington and issued an April 28, 2017 Forensic Evaluation that opined that Defendant is incompetent to stand trial.

3. On May 8, 2017, the Court held a hearing regarding the Defendant's competency. The Court made statements and heard the representations of counsel as to the April 28, 2017 Forensic Evaluation and Defendant's competency to stand trial in this case.

4. During the hearing, the Court found by a preponderance of the evidence that the Defendant is incompetent to stand trial. The parties are in agreement that that the preponderance of the evidence standard was met, and that Defendant is "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense" 18 U.S.C. § 4241(d).

5. Under 18 U.S.C. § 4241(d)(1), the parties stipulate that the Court shall commit Defendant to the custody of the Attorney General for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the

foreseeable future he will attain the capacity to permit the proceedings to go forward.

DATED this 10th day of May, 2017.

Respectfully submitted,
STEVEN W. MYHRE
Acting United States Attorney

//s// *Brian Pugh*  //s// *Kilby Macfadden*
BRIAN PUGH . KILBY MACFADDEN
Counsel for Defendant  Assistant United States Attorney
MIRKO ZEPPELLINI

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,)
)   Case No.: 2:16-cr-0350-KJD-NJK
  Plaintiff,)
)   **ORDER**
  vs.)
)
MIRKO ZEPPELLINI,)
)
  Defendant.)

Based on the Stipulation filed by the Government and the Defendant, to have Defendant, MIRKO ZEPPELLINI, committed to the custody of the Attorney General, and for good cause appearing, the Court hereby finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.

IT IS THEREFORE ORDERED THAT, pursuant to Title 18, United States Code, Section 4241(d), defendant is committed to the custody of the Attorney General for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

A status hearing is set for September 28, 2017, at 10:00 a.m., in Courtroom 3D.

DATED 12th day of May, 2017.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE